ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LOUIE GARCIA AGUILAR, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0301 OWW |
| Plaintiff, | STIPULATION TO CONTINUE AND ORDER THEREIN |
| vs. | |
| LOUIE GARCIA AGUILAR, III, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED between the Defendant, LOUIE GARCIA AGUILAR, III, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marianne A. Pansa, that the Hearing now set for Monday, January 29, 2007 at 9:00 a.m. be continued to Tuesday, February 20, 2007 at 9:00 a.m.

　　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

- 1 -

Stipulation to Continue
06-0301 OWW

PDF created with pdfFactory trial version www.pdffactory.com

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: January 24, 2007

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LOUIE GARCIA AGUILAR, III

Dated: January 24, 2007

    /s/ Marianne A. Pansa
Marianne A. Pansa,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Motions Hearing now set for January 29, 2007 be continued to Tuesday, February 20, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

Dated:  January 26, 2007

/s/ Oliver W. Wanger
_____
Honorable Oliver W. Wanger,
U.S. District Court Judge

- 3 -

Stipulation to Continue
06-0301 OWW

PDF created with pdfFactory trial version www.pdffactory.com