ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
LOUIE GARCIA AGUILAR, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-0301 LJO |
| Plaintiff, | STIPULATION TO CONTINUE AND PROPOSED ORDER THEREIN |
| vs. | |
| LOUIE GARCIA AGUILAR, III, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, LOUIE GARCIA AGUILAR, III, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sherrill A. Carvalho, that the Hearing now set for Friday, May 4, 2007 at 9:00 a.m. be continued to Wednesday, May 30, 2007 at 9:00 a.m.

This request is made in preparation for a Plea Agreement to be reached and the next hearing to be for a change of plea.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;

2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

3. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  May 2, 2007

       /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
LOUIE GARCIA AGUILAR, III

Dated:  May 2, 2007

       /s/ Sherrill A. Carvalho
Sherrill A. Carvalho,
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for May 4, 2007 be continued to Wednesday, May 30, 2007 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   May 3, 2007**            /s/ Lawrence J. O'Neill
                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue
06-0301 LJO