DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Louie Garcia Aguilar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>         *Plaintiff,*   )<br>             )<br>     v.   )<br>             )<br>LOUIE GARCIA AGUILAR,   )<br>             )<br>         *Defendant.*   )<br>_____   ) | NO. 1:06-cr-00301 LJO<br><br>STIPULATION TO CONTINUE DISPOSITION<br>AND CONDITIONAL ORDER<br><br>Date:  November 4, 2011<br>Time:  8:45 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JEREMY R. JEHANGIRI, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Louie Garcia Aguilar, that the date for disposition may be continued to November 4, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for disposition is October 7, 2011.  The requested new date is November 4, 2011, at 8:45 a.m.**

The defense received the Dispositional Memorandum prepared by the United States Probation Office on October 3, 2011[1].  Mr. Aguilar committed a grade C violation of his supervised release. Pursuant to Chapter 7 of the Advisory Sentencing Guideline, the recommended range for this violation is a term of 3 to 9 months.  However, the probation office is recommending the statutory maximum term of 24 months.  Given this recommendation, the defense needs additional time to conduct investigation and

---

[1] The USPO Dispositional Memorandum is dated "09/26/2011."  However, it was not provided to the defense until October 3, 2011.

prepare a sentencing memorandum.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: October 4, 2011          By /s/ Jeremy R. Jehangiri
                                   Jeremy R. Jehangiri
                                   Assistant United States Attorney
                                   Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: October 4, 2011          By /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Louie Garcia Aguilar
```

## O R D E R

**The Court will grant this request CONDITIONED on its not affecting any victim who had planned to speak at the sentencing.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   October 5, 2011**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE